FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0667

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0667

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

NATASHA LOPEZ,

     Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021